**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT ~~TEXAS~~ Georiga**

<u>CIVIL</u>            **DIVISION**

TALAWNDA DOWNS, RN,BSN,MBA,MHA

               **Plaintiff(s)**

      **vs.**

AMN, et. al.,

           **Defendant(s)**

**: CASE NUMBER**
**:**
**:**
**: BIVENS ACTION**
**:**
**:**

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

**SEP 29 2023**

KEVIN P WEIMER, Clerk
By: _____ Deputy Clerk

**1:23-CV-4428**

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action brought pursuant to *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403 U.S. 388 (1971). The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 2201.

## PARTIES

2. a.  Plaintiff:

    **TALAWNDA DOWNS, RN,BSN,MBA,MHA**

    Address:

    126 N. KEECH ST

    DAYTONA BEACH FL. 32114

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant:  <u>AMN (Concur Solutions, Corporate Housing)</u>

      Official Position:  <u>COMPANY</u>

      Address:  <u>2999 Olympic Blvd Suite 500</u>

              Dallas, Texas 75019

b.     Defendant:           Joelle Chandler

Official Position:     President, AMN

Address:       2999 Olympic Blvd Suite 500 Dallas TX 75019

c.     Defendant:           Brandon Campbell

Official Position:     Recruiter/AMN

Address:       Savannah GA (works from home)

Additional Defendants may be added on a separate sheet of paper.

4.                              **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

I am alleging discrimination and harassment in the work place pursuant to Title VII. On or about 12/22/2022 I signed a contract with AMN. I spoke to Brandon Campbell who presented pay packages. I accepted the package offer $48/hr. , overtime $72/hr., and $40 per day seven days a week for food, miscellaneous, & car rental for 3 months provided (see attached)

(1)

5.              **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

## FIRST CAUSE OF ACTION

Discrimination

## SECOND CAUSE OF ACTION

Harassment

## THIRD CAUSE OF ACTION

Reprisal for availing myself of the Grievance procedure

6. Plaintiff(s) demand(s) a trial by

                                               Jury -
                                               or -

7.    **PRAYER FOR RELIEF**

                                                 Court
                                               (Circl
                                               e **only**
                                               one).

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

A federal investigation of AMN and their practices, a jury trial, punitive, exemplary, and

compensatory damages in the amount of $4.6 million dollars, and what other relief the Court/Jury deems to be appropriate and

just.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  _09- 29- 2023_

_____
Signature of Plaintiff(s)
(all Plaintiffs must sign)

Additional Defendants:

Ariana Noel (Little)

AMN

Linda Murphy

AMN

Mary Uhing

AMN

Cathy Massaro

AMN

Alison Greenlee

AMN

FACTS (Continued)

AMN Concur Solutions. AMN will pay the hourly salary rate and Wellstar would pay the remainder. The stipend of $130/day would be an option if you chose to get housing on your own with the same package outlined above. Thus, it was an either/or option. If the stipend would not have been an option, I would not have accepted the assignment at Wellstar. Being a traveling Nurse, I am fully aware of the disadvantages of accepting housing in contracted Hotels/Motels. I declined the other options offered by Brandon Campbell at this time, and other options offered by other Companies. So, we found a furnished finder at 852 Powers Ferry Rd., Marietta GA through AMN Concur Solutions or Amn Corporate Housing. This place was booked for us through one of the aforementioned companies. We stayed in this Townhome which was around $3,600/mo. Until 3/27/202, with no lease required in our names.

We had reviewed the available Furnished Finders list for our next abode and located the Furnished Finder we wanted., however, the owner, (who had already been given a deposit), was not responding to our calls or texts. We advised AMN not to pay this person because they were no longer responding to our inquiries. I spoke to Jessica Harper to let them know not to proceed any further with this  address, and was told she could not stop it because the deposit had already been disbursed. I repeatedly asked Jessica to call me so that I could speak to her as this was a matter too important to be discussed through texts and emails, which I considered to be very unprofessional.

The harassment started when I asked for housing at another Furnished Finder located at 690 Calibre Brook Way, Smyrna, GA. I was told that I could only be sent to one of their choice Hotels, and that they would not be paying for another Furnished Finder. As previously

(4b)

stated, I am fully aware of the disadvantages of staying in Hotels/Motels. Being a Registered Nurse, I need proper sleep and rest to administer the best health care I can provide to my patients and staff. Being in a Hotel/Motel where there are no noise control, and items are stolen from your rooms by Hotel/Motel staff, I have opted to find my own housing during my contract stays in other States. The Landlord at Calibre Brooke Way informed us that he had received a text from someone at AMN Concur Solutions indicating that the address had been approved by the manager. A few hours later, the Landlord received another text from AMN Concur Solutions indicating it had not been approved.

During my inquiry as to why my chosen Furnished Finder was not approved, I was placed in contact with Ariana Noel (Little). During this time I had also contacted Brandon Cambell about this situation, but he was no longer acting as a recruiter trying to get the best resolution for his clientele. It became apparent that Brandon Campbell had lied about the options to get me to sign the contract. This is when I was placed on conference call with Ariana Noel Little. While (my husband and I) were speaking with Ariana Noel Little, (AMN Manager) she kept telling me about the list of Hotels in the area and that I had no other choice. She told me, in a very condescending tone, that I would have to take a Hotel.

I, of course rebutted her statement and insisted that under my contract and the package chosen, I did not have to go to a Hotel. I proceeded to tell her of all the complaints of noise and theft of personal property., and food items, and that I did not feel safe staying in Hotels.

(I was made aware of this by one of the RN's working for AMN at Wellstar, as well as many other RN's that had the same complaints, and had actually ended up having to change Hotels because of the mistreatment at the AMN contracted Hotels). It should be noted that other Nurses had not been told about the stipend, one in particular, as she was the first time

traveler. This is a very deceptive practice by AMN. In short, they do not inform the Nurses of their right to have a daily stipend to stay in a Furnished Finder as opposed to staying in Hotels of AMN's choosing. It is quite apparent to me that AMN has these contract prices with the Hotels for $80 a day, and could be showing that Nurses are awarded the stipend, staying in Hotels and AMN is pocketing the $50 a day difference. This is a very deceptive practice by AMN. This was Wellstar's first traveling agency they had dealt with. Who is to say how long AMN has utilized this deception to force Nurses to stay in second class housing while expecting them to render first class health care?

Ariana Noel Little continued to insist that I choose one of their Hotels. Being fed up with her condescending tone and insistence that my only choice was a Hotel , my husband interjected and said "Dee, (my nickname) we will just leave and go to another company because I won't let you go to a Hotel and not know you are safe when I go out of town on business and have to leave you alone." Though his statement was clearly directed to me, ( Dee)…Ariana thought my husband was talking to her and threatened to hang up, but my husband did not back acquiesce because of her demeaning tone.

After this conversation we were escalated to the President of AMN, Joelle Chandler. My husband opened the conversation with an apology that Ariana was offended thinking he was talking to her. Ms. Chandler was soon to be traveling out of the Country and would not be reachable. She did however send and email with bullet points as to what they would be offering on the contract with Wellstar approval. She copied the following :

Ariana Noel Little; Brandon Campbell, Linda Murphy, Mary Uhing, and Cathy Massaro. (Please see Exhibit "A" consisting of emails to verify all the aforementioned conversations). If in fact, AMN allows the RN's to find a Furnished Finder, what was the basis of the

harassment by Ariana Noel Little?  It was not only harassing but discriminatory in that there were others that did not stay in Hotels and were housed in apartments. This unnecessary harassment and bullying by AMN Staff has caused me a lot of stress, anguish, frustration, headaches, worrying, and sleepless nights. All I want to do is honor my oath as a health care professional to provide the most efficient care I can provide, live in a place where I can feel safe and get my proper rest to be able to adequately perform my duties. I did not want to abandon my post because I was subjected to harassment, discrimination, and retaliation. I was subjected to other forms of retaliation as will be seen hereafter.

In comes Linda Murphy and continues in the same vein of bullying and harassment as Ariana Noel Little. She sent an email, and after the Court reviews it, it will be apparent she had no idea what was going on. I then sent her a copy of the email President Chandler had sent me prior to going on vacation. Suffice it to remember, she was sent a copy by President Joelle Chandler along with several others listed above. I had spoken to Mary Uhing who indicated that she had sent my email to Cathy Massaro and that she would be a voice for me. (I expressed my concern about Cathy Massaro being a voice for me. Other Nurses had reported to me that her name often came up as one that did not sincerely care about the Nurses, even commenting to one Nurse that had threatened to leave.....when are you leaving). To me this shows that Cathy Massaro does not care about contractors that have signed contracts to work at the Hospital.

In view of the fact, I was now in Georgia, having left my home in Florida to fulfill the contract I had signed, I really didn't have a voice. My husband tried to intervene and resolve the matter by speaking to her, however, she very rudely stated, "Put your wife back on the phone I don't want to talk to you." True to form, nothing was resolved and her

condescending tone is reminiscent of slave masters on the plantation with the only thing missing is the expletive they used to address the slaves. I then began requesting a formal grievance form. I was told they do not have an official form but all I had to do was file with the Legal Department. I then began to ask if there was an arbitration clause in our contracts as I wanted to be sure to exhaust all my remedies before coming to this Honorable Court. I had also contacted the EEOC asking for an investigation. I filed my formal grievance on March 28, 2023, (see Exhibit "B"). After hearing nothing I again contacted the EEOC and asked that an investigator be appointed. The EEOC asked had I heard from them since I filed the Grievance and I said no. (Linda Murphy did send and email on March 28, 2023 stating that AMN had reviewed my Grievance and I was free to ask my Attorney how to get in contact with their Agent in Process in the correct jurisdiction. Because I was not represented by Counsel, and wanted to make sure I exhausted all my remedies, I then forwarded my Grievance to Ms. Greenlee, Senior Legal Advisor for AMN.) When I responded no, the EEOC investigator, stated, well that's what we want. We want them to leave you alone and if they've left you alone, you've gotten what you want. After the harassment continued, I recontacted the EEOC and stated no, they have not left me alone. They have retaliated against me for filing my Grievance. Despite the new actions the EEOC refused to investigate, but did issue my right to sue certificate.

I then began my third contract with AMN in approximately July of 2023 which is when I learned that my daily stipend of $130 for housing had been reduced to$82.28 totaling $2500/month (though you are still required to produce receipts), and the remainder of the contract remained intact. I had a conference call with Joelle Chandler, Division Vice President and Mary Uhing on June 21,2023 at approximately 5:00 pm. Joelle Chandler introduced herself, informed me we were in conference, however, Mary Uhing never uttered a word

during the entirety of the call. Joelle Chandler then informed me that my stipend had been reduced from $130/day to $82.28, and she went on to state that this worked out fort all the Nurses who will now get $2500/moth stipend for housing. She went on to sarcastically state that I should "pat myself on the back because I made it possible for all the Nurses" In reality this is nothing short of retaliation for my filing of the Grievance. I find it also quite underhanded that we are to still produce receipts for housing, when they allege there is a $2500 a month allotment.

I then asked about the bonus or increase since this was my 3rd contract with AMN. I was told by Joelle Chandler there would not be ain increase and it would remain as is. Normal protocol has been at the end of the second contract, contractors are known to receive a bonus or some form of increase.. All AMN has done since the filing of my Grievance is decrease my package. It should be noted that AMN can produce of lot of contractors to staff numerous Hospitals through Wellstar, however, many contractors quit very early in their contracts. I have remained with AMN through 3 contracts despite the blatant, discrimination, harassment, and retaliation.  I have been asked by many staff, including Doctors, to remain at Wellstar, either through contracts with AMN or permanently because of my work ethic and professionalism.

AMN on the other hand, discriminates, harasses, and retaliates when you stand up to them and their illegal practices. AMN has a lot of bad reviews and lawsuits against them by other agencies over their unfair practices. I'm sure that an investigation into the illegal practices of AMN will yield all the corroborating facts to support my claims.

## MEMORANDUM OF LAW AND FACT

The Plaintiff herein alleges three causes of action: Discrimination, Harassment, and Retaliation. In **Griggs v Duke Power,** 401 U.S. 424, (1971) the Supreme Court dealt with the issue of disparate impact without discriminatory intent. In short, despite Duke Power asserting that their new requirement of a High School diploma or intelligence test was not meant to discriminate, but increase the quality of their future work force, the Supreme Court ruled against them under Title VII. Duke Power had employed numerous blacks who were relegated to the Labor Department. The Court found that the highest paying job in the Labor Department was lower than the lowest paying jobs in the other four Departments. Then in an instant, without research, Duke Power placed an education requirement in their hiring protocol refusing to advance those without this newly implemented requirement.

Duke Power was unable to show that it was reasonably related to the job. In fact, many of the Blacks had served in the positions and performed excellently.

Griggs filed a class action on behalf of twelve African American employees, claiming this diploma/testing policy violated Title VII by disproportionately *impacting* black workers. The case did not involve evidence that Duke Power intended its policy to harm black workers. The issue, then, was whether an employer's facially neutral policy or test could violate the anti-discrimination provisions of Title VII on the grounds that the policy had the *effect* of disadvantaging minority workers.

(PG.2)

The critical point here was the Court's understanding that "good intent or absence of discriminatory intent does not redeem employment procedures or testing mechanisms that operate as 'built-in headwinds' for minority groups and are unrelated to measuring job capability." *Id.* at 432; *see also* Civil Rights Act of 1964, §§ 701 et seq., 703(a) (2), (h), 42 U.S.C. §§ 2000e et seq., 2000e-2(a) (2), (h). Title VII "proscribes not only overt discrimination but also practices that are fair in form, but discriminatory in operation." 401 U.S. at 431.

Here, AMN has adopted a NEW policy that appears fair in form, but is discriminatory in operation. During this Covid era, Health Care Workers are not only on the front line, they are the segway to saving lives. As such, they deserve to be housed in reasonable accommodations where they can feel safe, not have worry about their belongings being stolen, and get proper rest to perform their duties to the best of their ability. AMN even went so far as to tell the Plaintiff she should pat herself on the back, because now all Nurses would be reduced to an $82.28 stipend for housing. Suffice it to remember that prior to this, Nurses, ( the Plaintiff in particular), were granted $130/day and were informed that if the housing she/they chose was above the $130/day, Nurses would be required to pay any amount above that out of pocket.

(PG. 3)

After all, Congress intended Title VII to address "the consequences of employment practices, not simply the motivation." *Id.* at 432. More than that, Title VII places on the employer "the burden of showing that any given requirement must have a manifest relationship to the employment in question." *Id.* Therefore, an employer's facially-neutral policy or test can violate the anti-discrimination provisions of Title VII if the policy has the *effect* of disadvantaging minority workers, and the employer fails to prove the policy or test is justified by "business necessity." *Id.* at 431. "If an employment practice which operates to exclude [minority workers] cannot be shown to be related to job performance, the practice is prohibited." *Id.*

Of course all of this would be of no concern, if this was AMN's "first offense." It is not. In fact in 2016 a class action lawsuit was filed against AMN by traveling Nurses, such as the Plaintiff, for failure to pay overtime. The suit stemmed from not only the failure to pay overtime, but failure to provide Nurses with proper rest periods, see **Shaw, et,al.,v AMN Services, LLC.,** 3:16-cv-02816-JCS filed in the Northern District of California. As recently as April 23, 2023 yet another employment discrimination case was filed in the United States District Court of Massachusetts, see **Barsoum v AMN Healthcare Service, Inc.,** 1-23-CV-10928.

(PG. 4)

The only difference in the instant matter, is the Plaintiff was subjected to both harassment and retaliation in addition to the discrimination. It should be noted that in an email dated March 14, 2023 from Joelle Chandler, (See Exhibit "C"), she totally contradicts what had been previously represented, and again showing the underhanded practices of AMN. She states: "we are hoping for approval of $130 a day stipend, **similar** to what we are paying for hotel costs. Bear in mind all previous assertions are that hotels costs are in the area of the $82.28 the Plaintiff was recently reduced to. Now they are caught in the very web they have tangled.

AMN came under fire over these stipends for traveling Nurses yet again. In **Clarke v. AMN Services LLC, 9th U.S. Circuit Court of Appeals, No. 19-55784** the Ninth Circuit ruled against AMN over AMN's assertion that stipends were reimbursement and not compensation. Per diem payments that a healthcare staffing agency gave to traveling workers to cover expenses on top of their normal wages were compensation that should have been included in calculating overtime premiums, a U.S. appeals court said on Monday.

(PG. 5)

A unanimous three-judge panel of the 9th U.S. Circuit Court of Appeals said that because the payments AMN Services LLC made to nurses and technicians changed based on how much they worked, and not the expenses they incurred, they were part of the workers' "regular rate of pay" under the federal Fair Labor Standards Act and California law.

The named plaintiffs in Monday's case claimed in their lawsuit that because the per diems did not reflect their actual travel expenses, they should have been regarded as compensation and included in their regular rate of pay.

Both the FLSA and California law define the regular rate as "all remuneration for employment paid to, or on behalf of, the employee," excluding expense reimbursements. The FLSA requires that workers be paid 1-1/2 times their regular rate of pay for overtime hours. The Court went on to state:

(PG. 6)

And the fact that AMN provided per diems to workers who did not travel "confirms that the payments do function as compensation — namely, as a bonus for good work attendance," Circuit Judge Marsha Berzon wrote. It is clear that AMN has attempted to utilize the stipends as an amenity, which again looks neutral in form, but is discriminatory in operation.

Because the Plaintiff was bold enough to ask why there was no raise, no bonus, (as in previous contracts) and then a reduction in the $130 day per diem for housing, she was blatantly retaliated against. Now, AMN has stated that the stipend for housing would be reduced across the board to $82.28 for all nurses. In her grievance, the Plaintiff stated her disapproval of the silent treatment she received from the AMN Legal Department, and inserted that she would not consider signing another contract with AMN based upon the deception, discrimination, harassment, and retaliation. When time came to renew her contract, no contract was offered, and AMN now made reference to the Grievance they asserted had been escalated to the Legal Department.

(PG. 7)

The Plaintiff has been continuously harassed because a grievance was filed, which is "protected activity." Despite AMN's promise of no reprisals, it should be abundantly clear to this Honorable Court that the exact opposite is true. The way it works is this: staffing agencies are making firm offers to traveling nurses to work at a healthcare facility for a specified term (i.e., three months) at an agreed-upon rate of pay. Once the nurses commit (which may involve relocation, entering into short term leases, etc.), these companies are breaching or threatening to breach the agreed-to terms to renegotiate better terms for themselves—knowing the nurses no longer have viable alternatives.

Wellstar had agreed to approving the housing stipend, so the Plaintiff is at a loss as to why it would be a concern of AMN. The Plaintiff obtained a lease, (as suggested), and produced it to AMN per the contract signed. Still the harassment continued. Linda Murphy was asking me to produce documents she had already received by email,(i.e. address of property), telling me to go to the leasing office and find a more fairly marketed apartment suggesting a 2 x 2 apartment. She went on to ask was the apartment complex authorized to sublet. It should be noted that I was granted $130 a day. If I chose a furnished finder that was $200 a day, the additional $70 a day would be paid by the Plaintiff.

At one point the Plaintiff was told that they were looking out for her best interest in questioning the housing she had chosen. These retaliatory, harassing moves by AMN Staff did nothing but increase my mental anguish and frustration. It was clear to

(PG. 8)

the Plaintiff now that AMN was nitpicking simply because it could. Because of the harassment and retaliatory acts by AMN, I was up one day and down the next because of the emotional rollercoaster and hostile work environment fostered by AMN. During this entire ordeal, I was consulting with the Care Coordination Department making them fully aware of the actions of AMN and they were fully aware of the horrendous treatment I received from AMN staff. An Attorney conducting an investigation into AMN's top competitor, AYA Healthcare who is utilizing the same deceptive practices made this statement to NBC:

Attorney Austin Moore was quoted by NBC News discussing the investigation, noting that "agencies are 'breaching their contracts' and in other cases 'committing outright fraud' through bait-and-switch maneuvers on travel nursing contracts.

The Plaintiff asserts herein that AMN is guilty of discrimination, harassment and retaliation all in violation of Title VII.

Respectfully,

Talawnda Downs, RN.,

## CERTIFICATE OF SERVICE

This os to certify that a true and correct copy of this Memorandum of Law and Fact

was served upon for the Clerk of the Court for service upon the Defendants, this 29th

day of _September_____, 2023.

Talawnda Downs, RN.

# EXHIBITS

# TABLE CONTENT FOR EXHIBITS

EXHIBIT "A"  = VARIOUS EMAILS FROM AMN STAFF

EXHIBIT "B" = COPY OF GRIEVANCE

EXHIBI "C" = EMAIL SHOWING INCONSISTENCY IN STIPEND BEING PAID TO HOTELS

**EXHIBIT "A"**

Joelle

**Joelle Chandler**
Division Vice President
2021 AMN Voted Best in KLAS



Revenue Cycle Solutions
Direct Phone: (858) 465-2304
Mobile Phone: (805) 312-2528
joelle.chandler@amnhealthcare.com

**Please Note Upcoming PTO: 3/13-3/25, returning 3/26 with no email access**

Hi Tawanda – thanks for your note. I'm not close enough to the situation to provide info needed. Including Brandon and Ari to advise if we've received decision from Wellstar.

Enjoy your day!

**Linda Murphy**
**President Revenue Cycle Solutions**



*Empowering the Future of Core*

**From:** T Downs <rn0502@msn.com>
**Sent:** Tuesday, March 14, 2023 10:31 AM
**To:** Joelle Chandler <Joelle.Chandler@amnhealthcare.com>
**Cc:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Nate Ruden <Nate.Ruden@amnhealthcare.com>
**Subject:** Re: Housing for Wellstar

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Hi everyone,

My apologies for the interruption of your day, but I am wondering if there are any updates from the hospital. The newly signed contract is starting soon and I wanted to be in the new place as well. The young lady is holding the property for me and I wanted to give her updates as well...


Thanks so much for your assistance,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Joelle Chandler <Joelle.Chandler@amnhealthcare.com>
**Sent:** Friday, March 10, 2023 3:04:07 PM
**To:** rn0502@msn.com <rn0502@msn.com>
**Cc:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Nate Ruden <Nate.Ruden@amnhealthcare.com>
**Subject:** Housing for Wellstar

Hi Talawnda,
Thank you for your time, today! Per our discussion, we are waiting on approval by the client to either:
1. Pay for the 3 month lease of the apartment you found, upfront, to AMN and we will then book for you
2. Issue a housing stipend for you to book the apartment on your own.
    a. If the housing stipend is approved, we are hoping for approval of $130 a day, similar to what Wellstar is paying for hotel costs. Any additional costs for the apartment would be out of pocket.
If you have further questions, while I am out of the country, I have looped in Linda Murphy, President of RCS and Nate Ruden, Division Vice President of RCS. Both are able to assist in my absence.

Thank you again for your patience and Brandon will keep you informed as we have information from the client.
Best,

**From:** T Downs <rn0502@msn.com>
**Sent:** Wednesday, March 15, 2023 5:34 PM
**To:** Arianna Noel <Arianna.Noel@amnhealthcare.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Cc:** Nate Ruden <Nate.Ruden@amnhealthcare.com>
**Subject:** Re: Housing for Wellstar

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Hi,

Do you have an update as it is getting close to another contract with this hospital and the contract is ending in this Furnished Finders as well?


Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2  Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Sent:** Tuesday, March 14, 2023 7:03:50 PM
**To:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; T Downs <rn0502@msn.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Cc:** Nate Ruden <Nate.Ruden@amnhealthcare.com>
**Subject:** RE: Housing for Wellstar

Good afternoon Talawnda,

Thank you for your patience. We've reached out to Account Management for an update. Unfortunately his email and call attempts have not been returned by the Director at Wellstar yet. However, they do have a scheduled call for tomorrow, so he plans to discuss this topic and hopefully provide us with feedback. We will relay this information to you as soon as we know.

Thank you!

Kindly,

**Arianna Noel (Little)**
Director, Recruitment
Phone: 813-513-9022

**From:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Sent:** Tuesday, March 14, 2023 1:02 PM
**To:** T Downs <rn0502@msn.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Cc:** Nate Ruden <Nate.Ruden@amnhealthcare.com>
**Subject:** RE: Housing for Wellstar

**To:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Cc:** Nate Ruden <Nate.Ruden@amnhealthcare.com>
**Subject:** Re: Housing for Wellstar

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Hello,

At one time you all were willing to do the month to month at the FF I found.
Let's go back with that idea at the FF before all of this confusion happened. Everyday it's flip flopping back to the hospitals hand or back to someone at AMN, etc. You all have not honored your word. Arianna first said you all could do it, in which I know you can bc you did it this time.
I know you all are pushing it off like I mentioned in this email earlier.
This doesn't make sense that I am in a furnished finder now and you all have an issue with any other one.

*852 Powers ferry Rd Marietta, Ga 30067*

I have one contract to go and I am a woman of my word and will complete the contract, but I will definitely not do another contract with AMN b/c of the unfair and unnecessary treatment.

You all are not out here doing the work, we are and shouldn't be locked down to a certain area or be made to stay someone where we don't feel safe/uncomfortable .

Thanks.


Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Sent:** Wednesday, March 15, 2023 8:19:36 PM
**To:** T Downs <rn0502@msn.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Cc:** Nate Ruden <Nate.Ruden@amnhealthcare.com>
**Subject:** RE: Housing for Wellstar

Hi Talawnda – I saw a message earlier from Jeremy the account manager that we should have an answer tomorrow. The department leader has already escalated for review.

Have a good night!


**Linda Murphy**
**President Revenue Cycle Solutions**


**AMN** Healthcare

*Empowering the Future of Core*

**From:** T Downs <rn0502@msn.com>
**Sent:** Thursday, March 16, 2023 6:25 PM
**To:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Cc:** Nate Ruden <Nate.Ruden@amnhealthcare.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Cathy Massaro <cathy.massaro@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>
**Subject:** Re: Housing for Wellstar

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

I have an email from the VP that's totally contradicting what you are saying now.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Sent:** Thursday, March 16, 2023 7:05:34 PM
**To:** T Downs <RN0502@msn.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Cc:** Nate Ruden <Nate.Ruden@amnhealthcare.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Cathy Massaro <cathy.massaro@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>
**Subject:** RE: Housing for Wellstar

Hi Talawnda – We've not yet received word back from Wellstar if the stipend is approved. If awarded, this is a special accommodation that is only possible due to the above/beyond efforts of this team. Based on the extensive communication and time extended on this situation, I can assure you the team has not pushed it off. That I'm involved is testament to their desire to achieve amicable resolution for you.

If awarded the stipend, the amount offered is non-negotiable as it will be set by Wellstar. If the stipend is not approved, AMN maintains the option of providing hotel accommodations from which I believe you have several to choose. Unfortunately, for this assignment no other option exists.

Once we hear back from Wellstar, you can make a decision in your best interest.

Enjoy the evening,

**Linda Murphy**
**President Revenue Cycle Solutions**

 **AMN**® Healthcare

*Empowering the Future of Care*

**From:** T Downs <RN0502@msn.com>
**Sent:** Thursday, March 16, 2023 4:17 PM

## Fwd: Housing for Wellstar

**T Downs** <rn0502@msn.com>

Sat 5/20/2023 1:36 PM

To: The UPS Store #5723 <store5723@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2  Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** T Downs <rn0502@msn.com>
**Sent:** Monday, March 27, 2023 7:43:57 PM
**To:** Calvin Goddard <drclgoddard@gmail.com>
**Subject:** Fwd: Housing for Wellstar

Thanks,
Talawnda Downs

**From:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Sent:** Thursday, March 16, 2023 7:56:16 PM
**To:** T Downs <rn0502@msn.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Cc:** Nate Ruden <Nate.Ruden@amnhealthcare.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Cathy Massaro <cathy.massaro@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>
**Subject:** RE: Housing for Wellstar

Hello again, kindly share. Thanks!

**Linda Murphy**
**President Revenue Cycle Solutions**


**AMN** Healthcare

*Empowering the Future of Care*

**To:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** Per Joelle

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Here you are...


Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2  Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Sent:** Thursday, March 16, 2023 8:07:03 PM
**To:** T Downs <RN0502@msn.com>
**Cc:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>; Cathy Massaro <cathy.massaro@amnhealthcare.com>
**Subject:** RE: Per Joelle

Thank you for sharing Talawnda. You are correct, these were the two options we were seeking. Unfortunately, Wellstar has already declined upfront payment hence the reason we are now waiting on stipend approval.



**Linda Murphy**
**President Revenue Cycle Solutions**



*Empowering the Future of Care*

**From:** T Downs <RN0502@msn.com>
**Sent:** Thursday, March 16, 2023 7:00 PM

## Fwd: Per Joelle

**T Downs** <rn0502@msn.com>

Sat 5/20/2023 1:36 PM

To: The UPS Store #5723 <store5723@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** T Downs <rn0502@msn.com>
**Sent:** Monday, March 27, 2023 7:44:32 PM
**To:** Calvin Goddard <drclgoddard@gmail.com>
**Subject:** Fwd: Per Joelle

Thanks,
Talawnda Downs

**From:** T Downs <rn0502@msn.com>
**Sent:** Friday, March 17, 2023 10:33:26 AM
**To:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Cc:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>; Cathy Massaro <cathy.massaro@amnhealthcare.com>
**Subject:** Re: Per Joelle

Hello, any updates this am?

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin

- This is a one-time, 13 week exception. Should this assignment continue with another offer/extension, housing options will be standard offering; housing reimbursement will not be re-offered.
- The max amount is $130 per day starting 3/27/23; if monthly rent falls below, you'll be reimbursed for the exact amount; if it falls above, you'll be personally responsible to pay the difference.
- You will establish tenancy on your own and will be fully responsible for all lease terms. AMN and Wellstar are not joint tenants.
- AMN and Wellstar are exempt from any damages or liability since you will be establishing a personal lease arrangement.
- Security deposit, if required, is your responsibility and will not be reimbursed.
- Since this is an expense reimbursement v. housing allowance, Wellstar is requiring receipt showing proof of occupancy (fully executed lease agreement) and monthly payments.
- Documentation/receipts to be attached in Erecruit or via email. AMN will provide copy to Wellstar for reimbursement.

I trust this meets your expectations. It certainly has been a whirlwind to get successful resolution, but sincerely appreciate Wellstar's willingness to accommodate! Kindly acknowledge above terms.

Thanks and have a great weekend,

**Linda Murphy**
**President Revenue Cycle Solutions**



*Empowering the Future of Care*

Thanks,

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions



*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com

Brandon.Campbell@amnhealthcare.com

**From:** T Downs <RN0502@msn.com>
**Sent:** Friday, March 17, 2023 12:06 PM
**To:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Cc:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>; Cathy Massaro <cathy.massaro@amnhealthcare.com>; Jeremy Blymiller <jeremy.blymiller@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Thanks you all for your help in this matter. Terms undetstood.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Sent:** Friday, March 17, 2023 11:33:57 AM
**To:** T Downs <RN0502@msn.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Cc:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>; Cathy Massaro <cathy.massaro@amnhealthcare.com>; Jeremy Blymiller <jeremy.blymiller@amnhealthcare.com>
**Subject:** Wellstar Extension

Good Morning Talawnda! Good news

Wellstar has approved under these terms:

**Arianna Noel (Little)**

Director, Recruitment

Phone: 813-513-9022

---

**From:** T Downs <rn0502@msn.com>
**Sent:** Monday, March 20, 2023 12:34:21 PM
**To:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Cc:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Hi Brandon,
GA. When will they send the lease info?

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

---

**From:** T Downs <rn0502@msn.com>
**Sent:** Friday, March 17, 2023 4:40:21 PM
**To:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Cc:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

Thank you, i have signed it....
Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

---

**From:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Sent:** Friday, March 17, 2023 4:06:34 PM
**To:** T Downs <RN0502@msn.com>
**Cc:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Good afternoon Talawnda & Happy Friday,

This is great news! I'm grateful we were able to receive this approval from Wellstar, have the help of many & find a resolution for you Talawnda. Please keep an eye out for a digital Docusign of your new contract emailed to you for your signature.

If you have any questions, please let us know.



*Empowering the Future of Care*

Direct – (214) 273-9255
Email – brandon.campbell@amnhealthcare.com

Brandon.Campbell@amnhealthcare.com

**From:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Sent:** Monday, March 20, 2023 12:48 PM
**To:** Arianna Noel <Arianna.Noel@amnhealthcare.com>; T Downs <rn0502@msn.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Hi Talawnda - Thanks for the follow-up. Just to clarify Arianna's note, AMN will reimburse housing expense up to $130 day as noted in my previous email:

- If above $130 day, variance to be paid by you;
- Below $130 day, AMN will reimburse exact amount.

Once you've executed your lease agreement, kindly send over as Wellstar is requiring this documentation for expense reimbursement. Thanks!

**Linda Murphy**
**President Revenue Cycle Solutions**



*Empowering the Future of Care*

**From:** Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Sent:** Monday, March 20, 2023 11:44 AM
**To:** T Downs <rn0502@msn.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Cc:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

Good afternoon Talawnda!

Per the prior emails outlining the terms of agreement for an extension, to move forward with your preferred housing in an apartment-setting, you are to secure an apartment rental and sign a lease agreement in your own name. We will provide a daily housing reimbursement of $130/day that you can use towards your rental agreement and payments. If you have any questions please reference Linda Murphy's bulleted email thread and your confirmation letter.

Thank you!

Kindly,

**From:** T Downs <RN0502@msn.com>
**Sent:** Monday, March 20, 2023 5:17 PM
**To:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Linda Murphy
<Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the
email suspicious.

Arianna,

Can you give me a call please? I have a few questions to make sure I am clear with everything.

Thanks,

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2  Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My
face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land.
Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

---

**From:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Sent:** Monday, March 20, 2023 3:31:32 PM
**To:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>; T
Downs <rn0502@msn.com>
**Subject:** RE: Wellstar Extension

Hi Talawnda,

I received your text. The housing reimbursement drop-down option will be available in your eRecruit
timecard, under expenses, starting 3/27. You may select this daily starting next week. Wellstar is requiring
receipt showing proof of occupancy (fully executed lease agreement) and monthly payments, from you.
Please send these copies to us via email and/or attach in eRecruit prior to close of business 3/24.

Thank you,

*GA. Do you guys have an update on the FF?*
*Please have them put in the option for me to choose the stipend so that I can purchase it in each week. Can you at least respond to*
*let me know it's done? Or should I contact someone else?*
*\*so I can put in each week as I do my time sheet with all the other options.*

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions

I sent this email to you on Monday 3/20, after you called me and we spoke on the phone. I promised you I'd send you an email at the end of our phone call. I am up to speed on your emails with Linda as I have been copied.

Thanks for your time,

Kindly,

**Arianna Noel (Little)**
Director, Recruitment
Phone: 813-513-9022

**From:** T Downs <rn0502@msn.com>
**Sent:** Monday, March 27, 2023 3:00 PM
**To:** Arianna Noel <Arianna.Noel@amnhealthcare.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Hi,

The documents have already been sent. Please quit harassing me about this same situation. I have done all that AMN all have asked. Please communicate to the ones that are on this email.

Thanks,

Get Outlook for iOS

**From:** Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Sent:** Monday, March 20, 2023 5:40:25 PM
**To:** T Downs <RN0502@msn.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Good afternoon Talawnda,

Thank you for your time. Please provide the requested documents once you secure housing, as discussed.

Thanks again,

Kindly,

**Arianna Noel (Little)**
Director, Recruitment
Phone: 813-513-9022

Thank you,

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions



*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com

Brandon.Campbell@amnhealthcare.com

**From:** Brandon Campbell
**Sent:** Monday, March 27, 2023 4:47 PM
**To:** Arianna Noel <Arianna.Noel@amnhealthcare.com>; T Downs <rn0502@msn.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Good afternoon Talawnda & Happy Monday,

I just received your email regarding the stipend dropdown. Our team is working diligently on making that dropdown available for you. Did you get a chance to get a copy of confirmation of payment for the lease? I'm only asking because I know this is one of the requirements before entering the reimbursement into eRecruit.

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions



*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com

Brandon.Campbell@amnhealthcare.com

**From:** Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Sent:** Monday, March 27, 2023 3:06 PM
**To:** T Downs <rn0502@msn.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Good afternoon Talawnda,

## Fwd: Wellstar Extension

**T Downs** <RN0502@msn.com>

Sat 5/20/2023 1:42 PM

To: The UPS Store #5723 <store5723@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

---

**From:** T Downs <RN0502@msn.com>
**Sent:** Saturday, May 20, 2023 1:33:47 PM
**To:** store5723@theupsstore.com <store5723@theupsstore.com>
**Subject:** Fwd: Wellstar Extension

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

---

**From:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Sent:** Tuesday, March 28, 2023 2:39:36 PM
**To:** Arianna Noel <Arianna.Noel@amnhealthcare.com>; T Downs <rn0502@msn.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Good afternoon Talawnda,
Great news. Our Payroll Dept has verified that the drop-down option for **Expense Reimbursement - Housing** is now available to you, as of 3/27, your lease starting date. Please select this item daily with the quantity of (1), and $130 will populate. Per your lease agreement and our terms with you and Wellstar, please see my last email below and provide a copy of your first month payment in full, by April 1st. You may email it here to this thread, or attach into eRecruit. If you have any questions, let us know.

**The UPS Store**
**Vinings Junction Shopping Center**
**4355 Cobb Parkway, Ste J**
**Atlanta, GA 30339**
**_store0575@theupsstore.com_**
**(770) 952-6681**
**(770) 952-5524 (fax)**

**Your Team at The UPS Store**
4355 Cobb Pkwy Ste J
Atlanta, GA 30339-3896

**Phone** 770-952-6681 **Fax** 770-952-5524
**Web** https://www.theupsstore.com/0575

CONFIDENTIALITY NOTICE: The information contained in and accompanying this communication may be privileged or confidential and is intended solely for the use of the intended recipient (s). If you are not the intended recipient of this communication please delete and destroy all copies immediately.

**To:** Talawnda Downs <Talawnda.Downs@amnhealthcare.com>; T Downs <RN0502@msn.com>
**Cc:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Arianna Noel
<Arianna.Noel@amnhealthcare.com>; Joelle Chandler <Joelle.Chandler@amnhealthcare.com>; Mary James
Uhing <MaryJames.Uhing@amnhealthcare.com>; Cathy Massaro <cathy.massaro@amnhealthcare.com>
**Subject: Formal Complaint**

Hello Talawnda – As requested, our legal department has reviewed your complaint of harassment and has advised next steps should you choose to take, is to have your lawyer file any further claims with our agent for service of process. Your attorney will know how to locate this agent in the correct jurisdiction.

Sincerely,


**Linda Murphy**
**President**
**Revenue Cycle Solutions**

 **AMN**®
Healthcare

*Empowering the Future of Care*


**From:** T Downs <rn0502@msn.com>
**Sent:** Tuesday, March 28, 2023 6:23 PM
**To:** Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>; Mary James Uhing
<MaryJames.Uhing@amnhealthcare.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel
<Arianna.Noel@amnhealthcare.com>; Joelle Chandler <Joelle.Chandler@amnhealthcare.com>; Cathy Massaro
<cathy.massaro@amnhealthcare.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Subject:** Fwd: SCANNED DOCUMENT

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.


Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** The UPS Store #0575 <store0575@theupsstore.com>
**Sent:** Tuesday, March 28, 2023 7:19:09 PM
**To:** RN0502@MSN.COM <RN0502@MSN.COM>
**Subject:** SCANNED DOCUMENT

## Fwd: Formal Complaint

T Downs <rn0502@msn.com>

Sat 5/20/2023 1:30 PM

To: The UPS Store #5723 <store5723@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or
click links from an unknown or suspicious origin.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2  Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and
seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin
and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place
(NKJV Bible).

**From:** T Downs <rn0502@msn.com>
**Sent:** Sunday, April 9, 2023 11:34:33 AM
**To:** Thewaydelv@gmail.com <thewaydelv@gmail.com>
**Subject:** Re: Formal Complaint

EMAIL 1

Get Outlook for iOS

**From:** T Downs <RN0502@msn.com>
**Sent:** Monday, April 3, 2023 10:35:10 AM
**To:** Thewaydelv@gmail.com <thewaydelv@gmail.com>
**Subject:** Fwd: Formal Complaint

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2  Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and
seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin
and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place
(NKJV Bible).

**From:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Sent:** Friday, March 31, 2023 3:18:14 PM

On Thu, Mar 9, 2023, 11:54 AM RCSTravel <rcstravel@amnhealthcare.com> wrote:

Good morning Brandon,

Yes, that is correct. All of our leases go through Travelers Haven so we do have additional fees that we are required to pay.

Talawnda, I think it might be best for me to search for housing on our side and send you a couple of options. Will that work?

Sincerely,

**Jessica Harpman**
Innovative Workforce Solutions
Office Hours: 8:00 AM – 4:30 PM EST

**From:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Sent:** Thursday, March 9, 2023 11:50 AM
**To:** rn0502@msn.com; Jessica Harpman <jessica.harpman@amnhealthcare.com>
**Cc:** W.R. Downs <thewaydelv@gmail.com>
**Subject:** Housing

Good morning,

In this email I have included @Jessica Harpman with travel to have better communication. Currently the unit you sent over is $4,846/month. I do understand that it's listed for $3,700/month, but @Jessica Harpman correct me if I'm wrong. There are some fees included that's increasing the monthly lease rate.

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions



*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com

Brandon.Campbell@amnhealthcare.com

Our team with ==Travelers Haven== was able to ==negotiate a rate== with your requested property. ==We will go ahead and move forward with securing the unit.==

I will be in touch soon.

Sincerely,

**Jessica Harpman**
Innovative Workforce Solutions
Office Hours: 8:00 AM – 4:30 PM EST
🄵 🄳 🄸

**From:** RCSTravel
**Sent:** Thursday, March 9, 2023 12:07 PM
**To:** W.R. Downs <thewaydelv@gmail.com>; Talawnda Downs <rn0502@msn.com>
**Cc:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Subject:** RE: Housing

==I apologize but that is our procedure when you take AMN Housing.==

==I will get a couple of options together and send those over to you.==

I hope you all are having a great day!

**Jessica Harpman**
Innovative Workforce Solutions
Office Hours: 8:00 AM – 4:30 PM EST
🄵 🄳 🄸

**From:** W.R. Downs <thewaydelv@gmail.com>
**Sent:** Thursday, March 9, 2023 12:03 PM
**To:** RCSTravel <rcstravel@amnhealthcare.com>
**Subject:** Re: Housing

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

No

and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** T Downs <RN0502@msn.com>
**Sent:** Thursday, March 9, 2023 3:22:06 PM
**To:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; RCSTravel <rcstravel@amnhealthcare.com>
**Subject:** Re: Housing

Okay, thank you!

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2  Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Sent:** Thursday, March 9, 2023 3:14:08 PM
**To:** RCSTravel <rcstravel@amnhealthcare.com>; Talawnda Downs <rn0502@msn.com>
**Subject:** RE: Housing

Yes. They want proceed with this selection.

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions



*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com

Brandon.Campbell@amnhealthcare.com

**From:** RCSTravel <rcstravel@amnhealthcare.com>
**Sent:** Thursday, March 9, 2023 1:26 PM
**To:** Talawnda Downs <rn0502@msn.com>
**Cc:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Subject:** RE: Housing

Hello Talawnda,

## Fwd: Housing

**T Downs** <rn0502@msn.com>
Sat 5/20/2023 1:36 PM

To: The UPS Store #5723 <store5723@theupsstore.com>

> CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

---

**From:** T Downs <rn0502@msn.com>
**Sent:** Monday, March 27, 2023 7:33:45 PM
**To:** Calvin Goddard <drclgoddard@gmail.com>
**Subject:** Fwd: Housing

Thanks,

Talawnda Downs

---

**From:** T Downs <RN0502@msn.com>
**Sent:** Thursday, March 9, 2023 4:46:06 PM
**To:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; RCSTravel <rcstravel@amnhealthcare.com>
**Subject:** Re: Housing

Brandon please let them know to book it for the 3 months like they did for this one? I don't want to stand the chance of someone booking it the next month and us having to move again. Why is this so difficult to do? It wasn't month to month on this one.. this is ridiculous.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin

**President Revenue Cycle Solutions**



*Empowering the Future of Care*

**From:** T Downs <RN0502@msn.com>
**Sent:** Friday, March 17, 2023 12:06 PM
**To:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Cc:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>; Cathy Massaro <cathy.massaro@amnhealthcare.com>; Jeremy Blymiller <jeremy.blymiller@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Thanks you all for your help in this matter. Terms undetstood.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

---

**From:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Sent:** Friday, March 17, 2023 11:33:57 AM
**To:** T Downs <RN0502@msn.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Cc:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>; Cathy Massaro <cathy.massaro@amnhealthcare.com>; Jeremy Blymiller <jeremy.blymiller@amnhealthcare.com>
**Subject:** Wellstar Extension

Good Morning Talawnda!  Good news 😊

Wellstar has approved under these terms:

- This is a one-time, 13 week exception. Should this assignment continue with another offer/extension, housing options will be standard offering; housing reimbursement will not be re-offered.
- The max amount is $130 per day starting 3/27/23; if monthly rent falls below, you'll be reimbursed for the exact amount; if it falls above,  you'll be personally responsible to pay the difference.
- You will establish tenancy on your own and will be fully responsible for all lease terms. AMN and Wellstar are not joint tenants.
- AMN and Wellstar are exempt from any damages or liability since you will be establishing a personal lease arrangement.
- Security deposit, if required, is your responsibility and will not be reimbursed.
- Since this is an expense reimbursement v. housing allowance, Wellstar is requiring receipt showing proof of occupancy (fully executed lease agreement) and monthly payments.
- Documentation/receipts to be attached in Erecruit or via email. AMN will provide copy to Wellstar for reimbursement.

I trust this meets your expectations. It certainly has been a whirlwind to get successful resolution, but sincerely appreciate Wellstar's willingness to accommodate! Kindly acknowledge above terms.

Thanks and have a great weekend,

**Linda Murphy**

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** T Downs <rn0502@msn.com>
**Sent:** Friday, March 17, 2023 4:40:21 PM
**To:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Cc:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

Thank you, i have signed it....
Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Sent:** Friday, March 17, 2023 4:06:34 PM
**To:** T Downs <RN0502@msn.com>
**Cc:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Good afternoon Talawnda & Happy Friday,

This is great news! I'm grateful we were able to receive this approval from Wellstar, have the help of many & find a resolution for you Talawnda. Please keep an eye out for a digital Docusign of your new contract emailed to you for your signature.

If you have any questions, please let us know.

Thanks,


Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions




*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com


Brandon.Campbell@amnhealthcare.com

Case 1:23-cv-04428-LMM    Document 1    Filed 09/29/23    Page 51 of 74

Hi Talawnda - Thanks for the follow-up. Just to clarify Arianna's note, AMN will reimburse housing expense up to $130 day as noted in my previous email:

- If above $130 day, variance to be paid by you;
- Below $130 day, AMN will reimburse exact amount.

Once you've executed your lease agreement, kindly send over as Wellstar is requiring this documentation for expense reimbursement. Thanks!

**Linda Murphy**
**President Revenue Cycle Solutions**



*Empowering the Future of Care*

**From:** Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Sent:** Monday, March 20, 2023 11:44 AM
**To:** T Downs <rn0502@msn.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Cc:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

Good afternoon Talawnda!

Per the prior emails outlining the terms of agreement for an extension, to move forward with your preferred housing in an apartment-setting, you are to secure an apartment rental and sign a lease agreement in your own name. We will provide a daily housing reimbursement of $130/day that you can use towards your rental agreement and payments. If you have any questions please reference Linda Murphy's bulleted email thread and your confirmation letter.

Thank you!

Kindly,

**Arianna Noel (Little)**
Director, Recruitment
Phone: 813-513-9022

**From:** T Downs <rn0502@msn.com>
**Sent:** Monday, March 20, 2023 12:34:21 PM
**To:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Cc:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Hi Brandon,
GA. When will they send the lease info?

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 1S if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Sent:** Monday, March 20, 2023 3:31:32 PM
**To:** Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>; T Downs <rn0502@msn.com>
**Subject:** RE: Wellstar Extension

Hi Talawnda,

I received your text. The housing reimbursement drop-down option will be available in your eRecruit timecard, under expenses, starting 3/27. You may select this daily starting next week. Wellstar is requiring receipt showing proof of occupancy (fully executed lease agreement) and monthly payments, from you. Please send these copies to us via email and/or attach in eRecruit prior to close of business 3/24.

Thank you,

*GA. Do you guys have an update on the FF?*
*Please have them put in the option for me to choose the stipend so that I can purchase it in each week. Can you at least respond to let me know it's done? Or should I contact someone else?*
*\*so I can put in each week as I do my time sheet with all the other options.*

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions



*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com

Brandon.Campbell@amnhealthcare.com

**From:** Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Sent:** Monday, March 20, 2023 12:48 PM
**To:** Arianna Noel <Arianna.Noel@amnhealthcare.com>; T Downs <rn0502@msn.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

<Brandon.Campbell@amnhealthcare.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Hi,

The documents have already been sent. Please quit harassing me about this same situation. I have done all that AMN all have asked. Please communicate to the ones that are on this email.

Thanks,

Get Outlook for iOS

---

**From:** Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Sent:** Monday, March 20, 2023 5:40:25 PM
**To:** T Downs <RN0502@msn.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Good afternoon Talawnda,

Thank you for your time. Please provide the requested documents once you secure housing, as discussed.

Thanks again,

Kindly,

**Arianna Noel (Little)**
Director, Recruitment
Phone: 813-513-9022

**From:** T Downs <RN0502@msn.com>
**Sent:** Monday, March 20, 2023 5:17 PM
**To:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>; Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Subject:** Re: Wellstar Extension

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Arianna,

Can you give me a call please? I have a few questions to make sure I am clear with everything.

Thanks,

Thanks,

**From:** Brandon Campbell
**Sent:** Monday, March 27, 2023 4:47 PM
**To:** Arianna Noel <Arianna.Noel@amnhealthcare.com>; T Downs <rn0502@msn.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Good afternoon Talawnda & Happy Monday,

I just received your email regarding the stipend dropdown. Our team is working diligently on making that dropdown available for you. Did you get a chance to get a copy of confirmation of payment for the lease? I'm only asking because I know this is one of the requirements before entering the reimbursement into eRecruit.

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions



*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com


Brandon.Campbell@amnhealthcare.com

**From:** Arianna Noel <Arianna.Noel@amnhealthcare.com>
**Sent:** Monday, March 27, 2023 3:06 PM
**To:** T Downs <rn0502@msn.com>; Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Good afternoon Talawnda,

I sent this email to you on Monday 3/20, after you called me and we spoke on the phone. I promised you I'd send you an email at the end of our phone call. I am up to speed on your emails with Linda as I have been copied.


Thanks for your time,

Kindly,

**Arianna Noel (Little)**
Director, Recruitment
Phone: 813-513-9022

**From:** T Downs <rn0502@msn.com>
**Sent:** Monday, March 27, 2023 3:00 PM
**To:** Arianna Noel <Arianna.Noel@amnhealthcare.com>; Brandon Campbell

## Fwd: Wellstar Extension

T Downs <RN0502@msn.com>

Sat 5/20/2023 1:33 PM

To: The UPS Store #5723 <store5723@theupsstore.com>

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Sent:** Tuesday, March 28, 2023 2:39:36 PM
**To:** Arianna Noel <Arianna.Noel@amnhealthcare.com>; T Downs <rn0502@msn.com>; Linda Murphy <Linda.Murphy@amnhealthcare.com>
**Subject:** RE: Wellstar Extension

Good afternoon Talawnda,
Great news. Our Payroll Dept has verified that the drop-down option for **Expense Reimbursement - Housing** is now available to you, as of 3/27, your lease starting date. Please select this item daily with the quantity of (1), and $130 will populate. Per your lease agreement and our terms with you and Wellstar, please see my last email below and provide a copy of your first month payment in full, by April 1st. You may email it here to this thread, or attach into eRecruit. If you have any questions, let us know.
Thank you,

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions

 **AMN** Healthcare

*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com

Brandon.Campbell@amnhealthcare.com

**From:** T Downs <RN0502@msn.com>
**Sent:** Wednesday, March 8, 2023 12:15 PM
**To:** MedPartners Travel <travel@medpartners.com>
**Subject:** T Downs

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Can someone please give me a call about the property I have a concern about, please?

813-777-0702

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

I do understand what you are saying, however we have already provided hold funds for the first unit you requested.

**Jessica Harpman**
Innovative Workforce Solutions
Office Hours: 8:00 AM – 4:30 PM EST
⬛ ⬛ ⬛

**From:** T Downs <RN0502@msn.com>
**Sent:** Wednesday, March 8, 2023 12:29 PM
**To:** RCSTravel <rcstravel@amnhealthcare.com>
**Subject:** Re: T Downs

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

This lady is not calling us back, i have a few more questions of her. I feel weary about her. I have another place that I found that is in a safer environment. The owner actually said we can come look at it even before we have signed a lease. The one we have now is not even responding by text. Please give me a call so you can actually hear what I am saying.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** RCSTravel <rcstravel@amnhealthcare.com>
**Sent:** Wednesday, March 8, 2023 12:18:18 PM
**To:** T Downs <RN0502@msn.com>
**Subject:** RE: T Downs

HI Talawnda,

How can I help? We have already secured the unit, we just need the information back from you that your recruiter sent over to you yesterday.

Thank you,

**Jessica Harpman**
Innovative Workforce Solutions
Office Hours: 8:00 AM – 4:30 PM EST
⬛ ⬛ ⬛

**From:** RCSTravel <rcstravel@amnhealthcare.com>
**Sent:** Wednesday, March 8, 2023 12:35:51 PM
**To:** T Downs <RN0502@msn.com>
**Subject:** RE: T Downs

I am not available by phone at the moment but I will be happy to call you this afternoon.

I will speak with your recruiter to see how he would like to move forward. Unfortunately the hold funds are non-refundable.

Thank you,

**Jessica Harpman**
Innovative Workforce Solutions
Office Hours: 8:00 AM – 4:30 PM EST

**From:** T Downs <RN0502@msn.com>
**Sent:** Wednesday, March 8, 2023 12:34 PM
**To:** RCSTravel <rcstravel@amnhealthcare.com>
**Subject:** Re: T Downs

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Just unhold the funds. I am not going to this place. It was just done yesterday. I would like to speak with you. I have a right to change my mind
This emailing is unprofessional, can you pls call me?

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** RCSTravel <rcstravel@amnhealthcare.com>
**Sent:** Wednesday, March 8, 2023 12:30:00 PM
**To:** T Downs <RN0502@msn.com>
**Subject:** RE: T Downs

## Fwd: T Downs

**T Downs** <rn0502@msn.com>

Sat 5/20/2023 1:38 PM

To: The UPS Store #5723 <store5723@theupsstore.com>

---

CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

---

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2  Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

---

**From:** T Downs <rn0502@msn.com>
**Sent:** Monday, March 27, 2023 7:33:02 PM
**To:** Calvin Goddard <drcigoddard@gmail.com>
**Subject:** Fwd: T Downs

Thanks,

Talawnda Downs

---

**From:** T Downs <RN0502@msn.com>
**Sent:** Wednesday, March 8, 2023 12:38:13 PM
**To:** RCSTravel <rcstravel@amnhealthcare.com>
**Subject:** Re: T Downs

Sounds great, thank you!  Pls do not send payment to this lady. I do not want this one. I am available all afternoon.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2  Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**To:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>; W.R. Downs <thewaydelv@gmail.com>
**Subject:** Re: Marietta Housing

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Hey thanks Brandon. Anything $95 per night will put us on a place like we were before in Seekonk, MA. We've learned our lesson about the "cheaper" hotels.
Is Kennesaw far from the hospital? What's neat the hospital?

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2 Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Sent:** Monday, December 19, 2022 9:53:52 AM
**To:** rn0502@msn.com <RN0502@msn.com>; W.R. Downs <thewaydelv@gmail.com>
**Subject:** Marietta Housing

Good morning,

Please see this locations below. It has a clickable link to review the website for pictures.

## Sonesta ES Suites Kennesaw Town Center

3443 Busbee Dr NW, Kennesaw, GA 30144

Sonesta ES Suites Atlanta Kennesaw Town Center | Sonesta | Sonesta

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions



*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com

Brandon.Campbell@amnhealthcare.com

## Fwd: Marietta Housing

T Downs <RN0502@msn.com>

Sat 5/20/2023 1:38 PM

To: The UPS Store #5723 <store5723@theupsstore.com>

> CAUTION! This email originated from outside of the organization. Please do not open attachments or click links from an unknown or suspicious origin.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

2  Chronicles 7:14 - 15 if My people who are called by My name will humble themselves, and pray and seek My face, and turn from their wicked ways, then I will hear from heaven, and will forgive their sin and heal their land. Now My eyes will be open and My ears attentive to prayer made in this place (NKJV Bible).

**From:** Brandon Campbell <Brandon.Campbell@amnhealthcare.com>
**Sent:** Tuesday, December 20, 2022 11:32:31 AM
**To:** T Downs <RN0502@msn.com>
**Subject:** RE: Marietta Housing

Good morning,

Can this lease be secured for Talawnda and her husband for 12/23/2022 until 03/28/2023?

3/2.5 Beautiful Townhouse/SunTruist Field Atlanta (3.5 Miles) /30067 | Furnished Finder

Brandon Campbell
Healthcare Recruiter
Revenue Cycle Solutions



*Empowering the Future of Care*

Direct - (214) 273-9255
Email – brandon.campbell@amnhealthcare.com

Brandon.Campbell@amnhealthcare.com

**From:** T Downs <RN0502@msn.com>
**Sent:** Monday, December 19, 2022 10:16 AM

Hi Talawnda,

You can just call into the teams meeting (see call information below), no need for video or anything but that way Mary James, you and I can all be on a call together.

Thank you!!

---

## Microsoft Teams meeting

### Join on your computer, mobile app or room device

Click here to join the meeting

Meeting ID: 281 884 782 90
Passcode: uqY6Rx

Download Teams | Join on the web

### Or call in (audio only)

+1 619-535-0357,,616398416#   United States, San Diego

Phone Conference ID: 616 398 416#

Find a local number | Reset PIN

Learn More | Meeting options

---

**From:** T Downs <rn0502@msn.com>
**Sent:** Thursday, June 22, 2023 5:39 PM
**To:** Joelle Chandler <Joelle.Chandler@amnhealthcare.com>; Talawnda
Downs <Talawnda.Downs@amnhealthcare.com>; Mary James Uhing
<MaryJames.Uhing@amnhealthcare.com>
**Subject:** Re: Extension Meeting

**WARNING:** This email came from outside of our trusted email system.
**DO NOT CLICK** links or attachments if you find the email suspicious.

Joelle,

What would be my increase in  hourly pay and/or bonus since this is my
3rd  contract?

I have received no increase  since I've been here.

Money has been taken away but no increase any where else..

Thanks.

**Talawnda Downs, RN, BSN, MBA/MHA**

**From:** Joelle Chandler <Joelle.Chandler@amnhealthcare.com>
**Sent:** Thursday, June 22, 2023 2:11:23 PM
**To:** Talawnda Downs <Talawnda.Downs@amnhealthcare.com>;
rn0502@msn.com <rn0502@msn.com>; Mary James Uhing
<MaryJames.Uhing@amnhealthcare.com>
**Subject:** Extension Meeting
**When:** Thursday, June 22, 2023 5:15 PM-5:45 PM.
**Where:** Microsoft Teams Meeting

Ok Ok sounds good, I will send over for the time off and follow up later this afternoon on the rest.

joelle

**From:** T Downs <rn0502@msn.com>
**Sent:** Friday, June 23, 2023 7:53 AM
**To:** Joelle Chandler <Joelle.Chandler@amnhealthcare.com>; Talawnda Downs <Talawnda.Downs@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>
**Subject:** Re: Extension Meeting

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Thanks. I need a week off to reset. I have work straight thru since I've started with only two requested days off the whole time....re-start date of 7/3/23.

## Talawnda Downs, RN, BSN, MBA/MHA

**From:** Joelle Chandler <Joelle.Chandler@amnhealthcare.com>
**Sent:** Friday, June 23, 2023 5:28:02 AM
**To:** T Downs <rn0502@msn.com>; Talawnda Downs <Talawnda.Downs@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>
**Subject:** RE: Extension Meeting

Morning Talawnda, I will have an answer on your request, later today.

Do you have the time off you would like? Would like to ensure that is also approved ahead of time as we work out the details.

Thanks!

Hi,

The contract  would start on 6/25 essentially and then time off 6/25-7/3, hope that makes sense.

After reviewing the pay terms of the contract have not changed and would stay the same.

Please advise if you are moving forward with the extension so we can confirm with Wellstar.

Joelle

Sent from my iPhone

On Jun 23, 2023, at 11:00 AM, T Downs <rn0502@msn.com> wrote:

**WARNING:** This email came from outside of our trusted email system. **DO NOT CLICK** links or attachments if you find the email suspicious.

Or start contract Monday with the days off next week

**Talawnda Downs, RN, BSN, MBA/MHA**

**From:** T Downs <RN0502@msn.com>
**Sent:** Friday, June 23, 2023 10:59:44 AM
**To:** Joelle Chandler <Joelle.Chandler@amnhealthcare.com>; Talawnda Downs <Talawnda.Downs@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>
**Subject:** Re: Extension Meeting

Sounds good, thanks!

**Talawnda Downs, RN, BSN, MBA/MHA**

**From:** Joelle Chandler <Joelle.Chandler@amnhealthcare.com>
**Sent:** Friday, June 23, 2023 8:36:30 AM
**To:** T Downs <rn0502@msn.com>; Talawnda Downs <Talawnda.Downs@amnhealthcare.com>; Mary James Uhing <MaryJames.Uhing@amnhealthcare.com>
**Subject:** RE: Extension Meeting

 Gmail                                            **T Downs <blessedrn0502@gmail.com>**

## Fwd: Extension Meeting

**T Downs** <rn0502@msn.com>                                    Mon, Sep 25 at 19:02
To: blessedrn0502@gmail.com <blessedrn0502@gmail.com>

3rd contract

T. ME'SHEL DOWNS, RN BSN/MBA/MHA


**From:** Joelle Chandler <Joelle.Chandler@amnhealthcare.com>
**Sent:** Friday, June 23, 2023 11:27:33 AM
**To:** T Downs <rn0502@msn.com>
**Cc:** Talawnda Downs <Talawnda.Downs@amnhealthcare.com>; Mary James
Uhing <MaryJames.Uhing@amnhealthcare.com>
**Subject:** Re: Extension Meeting

Awesome Thanks!

Sent from my iPhone


On Jun 23, 2023, at 11:25 AM, T Downs <rn0502@msn.com> wrote:


 **WARNING:** This email came from outside of our trusted email system. **DO NOT
CLICK** links or attachments if you find the email suspicious.

I accept the offer.

**Talawnda Downs, RN, BSN, MBA/MHA**


**From:** Joelle Chandler <Joelle.Chandler@amnhealthcare.com>
**Sent:** Friday, June 23, 2023 11:11:44 AM
**To:** T Downs <rn0502@msn.com>
**Cc:** Talawnda Downs <Talawnda.Downs@amnhealthcare.com>; Mary
James Uhing <MaryJames.Uhing@amnhealthcare.com>
**Subject:** Re: Extension Meeting

**EXHIBIT "B"**

TO: WHOM IT MAY CONCERN

FROM: TALAWNDA DOWNS, RN.

RE: FORMAL GRIEVANCE/AMN  ATTN: **LEGAL DEPARTMENT**

DATE: MARCH 28, 2023

I have been told that this Company does not have a formal grievance form and that I should state, via email, my grievances and it would be processed according to the anti-harassment policy. It should first be noted that I left the State of Florida to take this position after being shown and offered two pay packages by Brandon Campbell (Recruiter). I chose this position with the understanding that I would be given a $130 a day stipend for housing. There was a choice that I could accept the stipend of $130 a day to be paid by the Hospital, or I could take the per diem and stipend. It should be noted that on prior assignments in Rhode Island I had the choice of getting the stipend. Had Brandon not offered the stipend I would not have accepted this contract, I would not have taken this contract without the option of choosing my own housing.  Once here, and in a furnished finder, under lease, (852 Powers Ferry Rd, Marietta, GA 30067) approximately two weeks toward the end of this lease with the Furnished Finder, the harassment began, and has not ceased.  When the time came to renew my contract with AMN, I began receiving emails that I feel were very intrusive, and **harassing**. It was intimated to me that under the $130 a day stipend for housing, their common practice was to provide hotel accommodations.

Please note that the contract simply refers to housing options being standard, and includes the caveat that if rent is less, I would be reimbursed and if it was more, I would be responsible. There is no indication in the contract that the local Hospital or AMN have rental agreements with local Motels/Hotels, or that I would be required to avail myself of their housing agreements with these Motels/Hotels. The Contract I signed merely outlines the amount I agreed to accept ($130 per day) and the resolution of any overage.

The emails in question show a clear pattern of **harassment**. First, the package I signed a contract for, is not actually what was presented to me by Brandon Campbell. I have now accepted this contract in Georgia, and passed over several other opportunities based upon the pay package that was presented to

me by Brandon Campbell. I am being harassed about my living arrangements, or how I spend the $130 a day allotted to me for HOUSING.

I have been asked to provide proof of payment, despite AMN being in possession of my lease. I have been asked if the Complex where I reside has the authority to sublet. They went on to assert that the Complex with whom I am leasing is charging more than the fair marketing value and they are simply looking out for my best interest. The manner in which I spend my $130 per day to secure housing where I am comfortable is not the concern of AMN and the harassment continues. I have spoken to my direct superior and have now been put in contact with a liaison (Mary Uhing) who apparently will speak for me during the process. I am filing this official grievance for what I deem to be repeated harassment. I have not violated the contract that I would spend no more that $130 a day for housing and I acquired housing that would provide the comfort and sleep time I need as a Registered Nurse.

Please note the inconsistencies in their correspondence. I was told in one email that it was not approved and yet the approval came from the Hospital the same day. In an email to me Linda Murphy stated:

If awarded the stipend, the amount offered is non-negotiable as it will be set by Wellstar. If the stipend is not approved, AMN maintains the option of providing hotel accommodations from which I believe you have several to choose. Unfortunately, for this assignment no other option exists.

In yet another email she stated:

However, real property search did not turn up a location at the address provided on the lease

The only property on the street is an apartment complex (Calibre Brooke Way Southeast, Smyrna, GA). Is this the complex from which you are renting from Ashley

If so, recommend you try working directly with the complex team as it appears Ashley is charging double the monthly rent. They have 3 2x2 apartments available and they look very nice! Although Wellstar provides up to $130/day for housing, as stewards in their interest we are incumbent to ensure market pricing.

If you choose to work with Ashley, she will need to update the lease with an address that can be verified, and rental is required to be in line with local market pricing.

And as can be seen I have repeatedly asked that the **harassment** stop!!!

Here is the address 609 Calibre Brooke SE Smyrna, Ga 30080. Here is the link: https://www.furnishedfinder.com/property/446683_1

I do not need you guys to have my best interest except to **quit harassing me**. I know you don't have my interest at hand. I trust the young lady more that signed on the lease more than I trust anyone at AMN.

The address is at the address that is located on the lease. We have signed and agreed on this price. You all stated anything over $130/Day we are responsible for. So any amount over the $130 we will pay.

We cannot tell this lady how to charge for her property (FF).

Now I am feeling harassed by you all. I simply followed what you all said in the multiple emails.

Thanks,

Talawnda Downs, RN ASN, BSN, MBA/MHA

It is quite apparent that their only concern is to harass me until I succumb to their desire that I reside in a Motel/Hotel of their choosing. Suffice it to remember I have already completed a stay in one FF, and now that I sign another contract, the housing issue resurfaces with even more intense **harassment**. I stated in my email that I am a woman of my word and honor this most recent contract with AMN, however, I would not consider another one because of the treatment I have received. It should be noted that all Staff, Managers, and Directors at Wellstar are completely satisfied with my work and have insisted they will do everything within their contractual powers to keep me there. My work ethic and professionalism is a staple of the care they wish to provide, however, it seems that AMN has a practice of harassing Nurses to the point of even saying, when are you going to quit.

This repeated **harassment** has caused me mental anguish, sleep deprivation, and frustration. I do not want this deliberately **harassing** treatment I have been subjected to, to affect my work. I am requesting that this formal grievance be forwarded to the Legal Department for review prior to proceeding to the Courts at which time I will provide all the emails as exhibits.

Nurses/Care Coordinators are in demand. We work long hours, and our work is at times very tedious. To have the additional burden of AMN **harassing** us must come to an end. I, for one, will not sit by and be silent when I have seen that they will stop at nothing to pressure you to cave in and live in a Motel/Hotel where you are not comfortable. It is clear that as opposed to paying Nurses the money they deserve, they attempt to save by usurping the agreed upon stipend to place you in Motels/Hotels so, for lack of a better term,...the house wins.

I assert that the treatment I have been subjected to is in direct violation of the **anti-harassment** policy in place. **FILED WITHOUT FEAR OF REPRISAL PER POLICY!**

Respectfully,

Talawnda Downs, RN ASN, BSN, MBA/MHA

DATE:

CC: Mary Uhing
Linda Murphy
Arianna Noel (Little)
Joelle Chandler
Cathy Massaro
Brandon Campbell

**EXHIBIT "C"**



Housing for Wellstar

**Joelle Chandler**     Yesterday
rn0502@msn.com, Linda Murphy, + 1

Hi Talawnda,

Thank you for your time, today! Per our discussion, we are waiting on approval by the client to either:

1. Pay for the 3 month lease of the apartment you found, upfront, to AMN and we will then book for you

2. Issue a housing stipend for you to book the apartment on your own.

   a. If the housing stipend is approved, we are hoping for approval of $130 a day, similar to what Wellstar is paying for hotel costs. Any additional costs for the apartment would be out of pocket.

If you have further questions, while I am out of the country, I have looped in Linda Murphy, President of RCS and Nate Ruden, Division Vice President of RCS. Both are able to assist in my absence.

Thank you again for your patience and Brandon will keep you informed as we have information from the client.

Best,

Joelle

**Joelle Chandler**

Division Vice President

2021 AMN Voted Best in KLAS

Reply to all

EEOC Form 161-B (01/2022)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  **Talawnda Downs**
     **1539 Shiloh Manor Court**
     **Marietta, GA 30066**

From:  **Atlanta District Office**
       **100 Alabama Street, SW, Suite 4R30**
       **Atlanta, GA 30303**

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **410-2023-07084** | **MARTEZ WITHERSPOON,** **Federal Investigator** | **4705314864** |

*(See also the additional information enclosed with this form.)*

### NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <ins>WITHIN 90 DAYS</ins> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

The EEOC is terminating its processing of this charge.

***Equal Pay Act (EPA):*** *You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <ins>more than 2 years (3 years)</ins> before you file suit may not be collectible.***

If you file suit, based on this charge, please send a copy of your court complaint to this office.

I. Daniel-Edward Anance
On behalf of the Commission

Digitally signed by I. Daniel-Edward Anance
Date: 2023.07.07 13:58:37 -04'00'

*Ariketokana D-CAnance' For*

**Darrell E. Graham**
**District Director**

Enclosures(s)

cc:  **Denise Jackson**
     **8840 Cypress Waters BLVD Suite 300**
     **Coppell, TX 75019**
     **(619) 838-1946**
     **Denise.jackson@amnhealthcare.com**